UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
DAN DANIELIAN,

                  Plaintiff,

      v.

KALEYRA, INC., AVI S. KATZ, DARIO
CALOGERO, EMILIO HIRSCH, MATTEO
LODRINI, JOHN J. MIKULSKY,
KATHLEEN MILLER, NEIL MIOTTO, and
KARIN-JOYCE TJON.

                Defendants.

Case No. 23-cv-07988-NRB

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 17, 2023

**WOHL & FRUCHTER LLP**

By:/s *Joshua E. Fruchter*
Joshua E. Fruchter (JF2970)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
Fax: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*